# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

EARL A. BURKE,

    Movant,

v.

                            CASE NO. 8:22-cv-1980-WFJ-AAS
                         CRIM. CASE NO. 8:15-cr-461-WFJ-AAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

**BEFORE THE COURT** is Mr. Burke's motion under 28 U.S.C. § 2255 to vacate his sentence (cv Doc. 1) in which he contends that, given *United States v. Jackson*, 36 F.4th 1294 (11th Cir. 2022), his sentence was erroneously enhanced under the Armed Career Criminal Act (ACCA).[1] The § 2255 motion is a second or successive motion to vacate filed without authorization from the Eleventh Circuit Court of Appeals.[2] See 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application

---

[1] Under *Jackson*, a pre-2017 cocaine-related conviction under Florida Statutes, Section 893.13(1)(a), no longer is a "serious drug offense" for purposes of the ACCA for defendants who committed their federal felon-in-possession of a firearm offense on or after September 11, 2015. 36 F.4th at 1301–04.

[2] Mr. Burke's initial § 2255 motion was denied on March 7, 2017. See Case No. 8:16-cv-2121-JDW-TBM (M.D.Fla.) (Doc. 22).

permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). Consequently, this Court lacks jurisdiction, and the motion must be dismissed. *See Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir. 2003); *Mitchell v. United States*, 2016 U.S. App. LEXIS 10401, at \*5-6 (11th Cir. June 9, 2016) (unpublished) ("[B]ecause Mitchell did not obtain our authorization before filing his successive § 2255 motion, the district court properly concluded that it lacked jurisdiction over the motion and dismissed it.").

Accordingly, the § 2255 motion to vacate (cv Doc. 1) is **DISMISSED** without prejudice. The **Clerk of the Court** must send Mr. Burke the Eleventh Circuit's application form for leave to file a second or successive § 2255 motion under 28 U.S.C. § 2244(b) and close this case.

**ORDERED** in Tampa, Florida, on September 14, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

SA: sfc
Copies to:
Earl A. Burke, *pro se*
Counsel of Record

2